**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                                    No. C 14-80195 WHA

In the Matter of Paul Cong Nguyen -
#204713                                            **ORDER OF SUSPENSION**

_____/

       Because Paul Cong Nguyen has failed to respond to the order to show cause,

Mr. Nguyen's membership in the bar of this Court is hereby **SUSPENDED**.


       **IT IS SO ORDERED.**


Dated:   August 22, 2014.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE